Approved: _____
         JUN XIANG / ADAM SOWLATI / JACLYN DELLIGATTI
         Assistant United States Attorneys

Before:  THE HONORABLE SARAH NETBURN
         United States Magistrate Judge
         Southern District of New York

**22 MAG 8263**

- - - - - - - - - - - - - - - - - X
                                  :
UNITED STATES OF AMERICA          :    SEALED COMPLAINT
                                  :
    - v. -                        :    Violations of
                                  :    18 U.S.C. §§ 1029,
KEJIN ZHANG,                      :    1349, and 2
CHAOBIN ZHENG,                    :
    a/k/a, "Tony,"                :
SHOUZHI ZHENG,                    :
    a/k/a, "David,"               :
YI ZHENG,                         :
HERMES HOU,                       :
YI LIU,                           :
CHENG LIN, and                    :
ZHIJUN LIU,                       :
                                  :
                Defendants.       :
                                  :
- - - - - - - - - - - - - - - - - X

SOUTHERN DISTRICT OF NEW YORK, ss.:

        BRENDAN CULLEN, being duly sworn, deposes and says
that he is a Postal Inspector with the United States Postal
Inspection Service ("USPIS"), and charges as follows:

                        COUNT ONE
            (Conspiracy to Commit Bank Fraud)

        1.    From at least in or about 2015 up to and
including at least in or about 2019, in the Southern District of
New York and elsewhere, KEJIN ZHANG, CHAOBIN ZHENG, a/k/a
"Tony," SHOUZHI ZHENG, a/k/a "David," YI ZHENG, HERMES HOU, YI
LIU, CHENG LIN, and ZHIJUN LIU, the defendants, and others known
and unknown, willfully and knowingly, did combine, conspire,
confederate, and agree together and with each other to commit

1

bank fraud, in violation of Title 18, United States Code, Section 1344.

2.    It was a part and an object of the conspiracy that KEJIN ZHANG, CHAOBIN ZHENG, a/k/a "Tony," SHOUZHI ZHENG, a/k/a "David," YI ZHENG, HERMES HOU, YI LIU, CHENG LIN, and ZHIJUN LIU, the defendants, and others known and unknown, willfully and knowingly, would and did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, such financial institution, by means of false and fraudulent pretenses, representations, and promises, in violation of Title 18, United States Code, Section 1344.

(Title 18, United States Code, Section 1349.)

<u>COUNT TWO</u>
(Conspiracy to Commit Access Device Fraud)

3.    From at least in or about 2015 up to and including at least in or about 2019, in the Southern District of New York and elsewhere, KEJIN ZHANG, CHAOBIN ZHENG, a/k/a "Tony," SHOUZHI ZHENG, a/k/a "David," YI ZHENG, HERMES HOU, YI LIU, CHENG LIN, and ZHIJUN LIU, the defendants, and others known and unknown, willfully, and knowingly, did combine, conspire, confederate, and agree, together and with each other, to violate Title 18, United States Code 1029(a)(1).

4.    It was a part and an object of the conspiracy that KEJIN ZHANG, CHAOBIN ZHENG, a/k/a "Tony," SHOUZHI ZHENG, a/k/a "David," YI ZHENG, HERMES HOU, YI LIU, CHENG LIN, and ZHIJUN LIU, the defendants, and others known and unknown, willfully and knowingly, and with intent to defraud, as part of an offense affecting interstate commerce, would and did produce, use, and traffic in, one or more counterfeit access devices in violation of Title 18, United States Code, Section 1029(a)(1).

<u>Overt Acts</u>

5.    In furtherance of said conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York:

a.    On or about December 20, 2017, ZHIJUN LIU used a debit card to make a cash withdrawal from an account in the name of "Fancai Wei" from a bank ATM located in Manhattan.

(Title 18, United States Code, Section 1029(b)(2).)

The bases for my knowledge and the foregoing charges are, in part, as follows:

6.    I am a Postal Inspector with USPIS.  I have been personally involved in the investigation of this matter.  This affidavit is based upon my investigation, my conversations with law enforcement agents and others, and my examination of reports and records.  Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation.  Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

<u>Overview</u>

7.    From at least in or about 2015 up to and including at least in or about 2019, KEJIN ZHANG, CHAOBIN ZHENG, a/k/a "Tony," SHOUZHI ZHENG, a/k/a "David," YI ZHENG, HERMES HOU, YI LIU, CHENG LIN, and ZHIJUN LIU, the defendants, participated in a scheme to defraud banks by engaging in multi-million dollar "check kiting" scheme (the "Scheme").

8.    Based on my training and experience, I know the following:

a.    A "check kiting" fraud scheme relies on the fact that, when a check is deposited in a bank account, the bank may make a portion of the funds from the check--sometimes called the "float"--immediately available to the accountholder, even though the check has not yet cleared with the bank that issued the check.  Because of the "float," the accountholder may extract part of the value of a check even if the account upon which the check was drawn lacks funds to cover it.  In a "check kiting" scheme, participants in the scheme deliberately write bad checks from bank accounts they control (the "feeder accounts") and deposit them at other bank accounts they control (the "payoff accounts").  They then rely on the "float" to take some portion of the funds out of the payoff accounts before the

receiving banks realize that the feeder accounts cannot fund the checks.

        b.    Participants in "check kiting" schemes can extract funds from payee accounts in different ways, including by withdrawing cash, writing checks to yet other bank accounts, or using debit cards to make purchases of consumer products like cellphones.

        c.    To evade detection by banks and law enforcement, participants in "check kiting" schemes often use false or stolen identities to open the bank accounts used in the schemes.  Such identities can include: stolen identities of other real individuals, "synthetic" identities that use a composite of information from other real individuals, and/or the names of sham companies created for the purpose of committing the fraud.

        d.    Participants in "check kiting" schemes sometimes also engage in "bust out" frauds.  In a "bust out" fraud, participants open credit card accounts that they use normally over a period of time to establish good credit. Participants in the scheme then use the credit available through those accounts to make purchases before abandoning the accounts, without paying off the balance.

        9.    Based on my investigation and as set forth more fully below, the Scheme in which KEJIN ZHANG, CHAOBIN ZHENG, a/k/a "Tony," SHOUZHI ZHENG, a/k/a "David," YI ZHENG, HERMES HOU, YI LIU, CHENG LIN, and ZHIJUN LIU, the defendants, participated generally worked as follows:

        a.    Members of the Scheme opened bank accounts to be used to engage in "check kiting" (the "Bank Accounts"). The Bank Accounts were each opened under a false identity or in the name of a sham company and opened using fraudulent identification documents, most commonly, fake Chinese passports.

        b.    For any given false identity, members of the Scheme would open a number of Bank Accounts, including payoff accounts typically at major national banks ("Payoff Accounts") and feeder accounts typically at smaller banks ("Feeder Accounts"), and sometimes credit card accounts ("Credit Card Accounts").  Once opened, the Bank Accounts and Credit Card Accounts would often be used normally for a period of time.

c.    Ultimately, members of the Scheme would extract money from the Payoff Accounts and the Credit Card Accounts using the "check kiting" and "bust out" methods described above:

i.    With respect to the "check kiting" method, members of the Scheme would typically write checks from the Feeder Accounts to the Payoff Accounts that the Feeder Accounts could not fund.  Once those checks were deposited in the Payoff Accounts, and some portion of the funds was made available through the "float," members of the Scheme would consolidate the check deposits into one or two Payoff Accounts, and then extract those funds as cash withdrawals or by making debit card purchases.  This would lead to losses for the banks where the Payoff Accounts were opened, because the cash withdrawals and debit card purchases were based on funds--the check deposits--that did not actually exist.

ii.    With respect to the "bust out" method, members of the Scheme would use the available credit in the Credit Card Accounts to make large purchases before abandoning the accounts without paying off the balances.  In order to inflate the available credit in a Credit Card Account, members of the Scheme would write checks to the Credit Card Account from a bank account that did not have sufficient funds to cover the checks--that is, engage in "check kiting."  In instances where members of the Scheme successfully made purchases, the banks that issued the Credit Card Accounts suffered losses.

d.    Typically, more than one member of the Scheme accessed the Bank Accounts and Credit Card Accounts opened with any particular identity.  Members of the Scheme divided up the responsibilities of opening new Bank Accounts and Credit Card Accounts, obtaining false identification documents, writing checks, making deposits, withdrawing funds, and making purchases at retailers using credit cards or debit cards.

10.    In the course of the investigation, I have obtained records for hundreds of Bank Accounts and Credit Card accounts used in furtherance of the Scheme.  Described below are examples of false identities used for accounts that the defendants personally accessed.  A table linking individual defendants to the example false identities appears below:

| Defendant | False Identity Used for Account | | | | |
|---|---|---|---|---|---|
| | "Dechu Zheng" | "Fancai Wei" and "Honghui Shao" | "Meiying Gao" | "Qianliang Chen" | "Jianhua Li" |
| KEJIN ZHANG | X | X | X | X | |
| CHAOBIN ZHENG, a/k/a "Tony" | | | X | X | |
| SHOUZHI ZHENG, a/k/a "David" | X | | | | |
| YI ZHENG | | | | X | X |
| HERMES HOU | | | | X | |
| YI LIU | | X | | | X |
| CHENG LIN | | | | | X |
| ZHIJUN LIU | | X | | | |

<u>"Dechu Zheng" Accounts</u>

11. Based on bank records I have obtained in the course of this investigation, as well as conversations I have had with other law enforcement officers, I have learned the following:

a. The identity "Dechu Zheng" has been used to open the following five bank accounts at a national bank ("National Bank-1"): (i) an account ending -0058 (the "0058 Account"); (ii) an account ending -1542 (the "1542 Account"); (iii) an account ending -7094 ("the "7094 Account"); (iv) an account ending "-5323" (the "5323 Account"); and (v) an account ending "-4339" (the "4339 Account") (collectively, the "Dechu Zheng Payoff Accounts").

b. The identity "Dechu Zheng" has also been used to open an account ending -9643 (the "Dechu Zheng Feeder Account") at a community bank ("Community Bank-1").

c. A purported Chinese passport in the name of "Dechu Zheng" was used to open each of the Dechu Zheng Payoff Accounts.

6

d.    On or about April 25, 2017, a cash deposit in the amount of $3,720 was made in the 0058 Account with a teller at a National Bank-1 branch in Brooklyn.  Bank surveillance video shows that a person--later identified to be KEJIN ZHANG, the defendant--was at the teller window when this transaction occurred.

e.    On or about the following dates, checks in the amounts reflected below, drawn upon the Dechu Zheng Feeder Account, were deposited in the Dechu Zheng Payoff Accounts.  At the time the checks were deposited, the Dechu Zheng Feeder Account did not have sufficient funds to cover the checks:

| Date | Account | Amount of Check | Branch |
|------|---------|-----------------|--------|
| 5/16/17 | 0058 Account | $2,980 $4,980 | Main Street, Flushing (ATM) |
| 5/16/17 | 1542 Account | $4,980 $4,980 | Main Street, Flushing (ATM) |
| 5/16/17 | 7094 Account | $4,980 $4,980 | Main Street, Flushing (ATM) |
| 5/16/17 | 4339 Account | $4,980 | Main Street, Flushing (ATM) |
| 5/17/17 | 0058 Account | $3,000 $2,980 | Third Avenue, Manhattan (ATM) |
| 5/17/17 | 5323 Account | $3,000 | Third Avenue, Manhattan (ATM) |
| 5/17/17 | 4339 Account | $3,000 $4,980 | Third Avenue, Manhattan (ATM) |

f.    As reflected above, on or about May 16, 2017, checks were deposited in Dechu Zheng Payoff Accounts at an ATM inside a National Bank-1 branch on Main Street in Flushing, and on or about May 17, 2017, checks were deposited in Dechu Zheng Payoff Accounts at an ATM inside a National Bank-1 branch on Third Avenue in Manhattan.  Bank surveillance video shows that a person, later identified to be SHOUZHI ZHENG, a/k/a "David," the defendant, was using the ATM at those branch locations at the times the transactions occurred.

g.    On or about May 17, 2017, the debit card for the 0058 Account was used to make purchases, totaling thousands of dollars, at an Apple Store in Manhattan.  At the time of the purchases, the 0058 Account did not have sufficient funds to cover the purchases.  At or around the time of these purchases, intrabank transfers occurred between and among certain Dechu Zheng Payoff Accounts and, as described above, each of the Dechu

Zheng Payoff Accounts had received check deposits drawn upon the Dechu Zheng Feeder Account.

"Fancai Wei" and "Honghui Shao" Accounts

12.    Based on bank records I have obtained in the course of this investigation, as well as conversations I have had with other law enforcement officers, I have learned the following:

a.    The identity "Fancai Wei" has been used to open the following two accounts at National Bank-1: (i) an account ending -0864 (the "0864 Account") and (ii) an account ending -5918 (the "5918 Account") (together, the "Fancai Wei Payoff Accounts")

b.    The identity "Honghui Shao" has been used to open the following two accounts at National Bank-1: (i) an account ending -5423 (the "5423 Account") and (ii) an account ending -7036 (the "7036 Account") (together, the "Honghui Shao Payoff Accounts").

c.    A purported Chinese passport in the name of "Fancai Wei" was used to open the Fancai Wei Payoff Accounts.

d.    A purported Chinese passport in the name of "Honghui Shao" was used to open the Honghui Shao Payoff Accounts.  A photocopy of the "Honghui Shao" passport shows that it bears the name "Honghui Shao" and a photograph of a person later identified to be YI LIU, the defendant.

e.    The identity "Honghui Shao" has also been used  to open an account ending -1147 (the "Honghui Shao Feeder Account") at a community bank ("Community Bank-2").

f.    On or about the following dates, checks in the amounts reflected below, drawn upon the Honghui Shao Feeder Account, were deposited in the Fancai Wei Payoff Accounts and Honghui Shao Payoff Accounts.  At the time the checks were deposited, the Honghui Shao Feeder Account did not have sufficient funds to cover the checks:

| Date | Account | Amount of Check | Branch |
|------|---------|-----------------|--------|
| 12/18/2017 | 0864 Account | $4,988 | Kings Highway, Brooklyn (Teller) |

| 12/18/2017 | 5918 Account | $4,968 | | Kings Highway, Brooklyn (Teller) |
|---|---|---|---|---|
| 12/18/2017 | 5423 Account | $4,968 | | Brooklyn College, Brooklyn (Teller) |
| 12/18/2017 | 7036 Account | $4,985 | | Brooklyn College, Brooklyn (Teller) |
| 12/19/2017 | 7036 Account | $9,800 | | Borough Park, Brooklyn (Teller) |

g.    As reflected above, on or about December 18, 2017, checks were deposited in Fancai Wei Payoff Accounts at the teller of a National Bank-1 branch on Kings Highway in Brooklyn. On the same date, checks were deposited in Honghui Shao Payoff Accounts at the teller of a National Bank-1 branch in Brooklyn College in Brooklyn. Bank surveillance video shows that a person, later identified to be KEJIN ZHANG, the defendant, was at the teller counter at those branch locations at the times the transactions occurred.

h.    On or about December 19, 2017, a cash withdrawal in the approximate amount of $360 was made from the 0864 Account at an ATM inside a National Bank-1 branch located on Park Avenue in Manhattan. The next day, a cash withdrawal of $760 was made from the 0864 Account at an ATM inside a National Bank-1 branch located on Third Avenue in Manhattan. Bank surveillance video shows that a person, later identified to be ZHIJUN LIU, the defendant, was using the ATM at those branch locations at the times the transactions occurred.

i.    Between on or about December 17, 2017 and on or about December 19, 2017, the debit card for the 8064 Account (in the name "Fancai Wei") was used to make purchases, totaling thousands of dollars, at Apple Stores in Queens and Manhattan and at other retail locations. At the time of the purchases, the 8064 Account did not have sufficient funds to cover the purchases. At or around the time of these purchases, certain of the Fancai Wei Payoff Accounts received intrabank transfers from other of the Fancai Wei Payoff Accounts and, as described above, each of the Fancai Wei Payoff Accounts had received check deposits drawn upon the Honghui Shao Feeder Account.

j.    Between on or about December 20, 2017 and on or about December 21, 2017, the debit card for the 5423 Account

(in the name "Honghui Shao") was used to make purchases, totaling thousands of dollars, at Apple Stores in Manhattan and Staten Island.  At the time of the purchases, the 5423 Account did not have sufficient funds to cover the purchases.  At or around the time of these purchases, certain of the Honghui Shao Payoff Accounts received intrabank transfers from other of the Honghui Shao Payoff Accounts and, as described above, each of the Honghui Shao Payoff Accounts had received check deposits drawn upon the Honghui Shao Feeder Account.

<u>"Meiying Gao" Accounts</u>

13.    Based on bank records I have obtained in the course of this investigation, as well as conversations I have had with other law enforcement officers, I have learned the following:

a.    The identity "Meiying Gao" has been used to open the following four accounts at National Bank-1: (a) an account ending -4087 (the "4087 Account"), (b) an account ending -6275 (the "6275 Account"), (c) a business account in the name of "New Era Billiards, Inc.," ending -2244 (the "2244 Account"), and (d) a business account in the name of "New Era Billiards, Inc.," ending -3248 (the "3248 Account").

b.    The identity "Meiying Gao" has also been used to open an account ending -1466 (the "Meiying Gao Feeder Account") at a community bank ("Community Bank-3").

c.    A purported Chinese passport in the name of "Meiying Gao" was used to open the Meiying Gao Payoff Accounts.

d.    On or about the following dates, checks in the amounts reflected below, drawn upon the Meiying Gao Feeder Account, were deposited in the Meiying Gao Payoff Accounts.  At the time the checks were deposited, the Meiying Gao Feeder Account did not have sufficient funds to cover the checks:

| Date | Account | Amount of Check | Branch |
|------|---------|-----------------|--------|
| 3/20/17 | 6275 Account | $4,988 | Park Avenue, Manhattan (Teller) |
| 3/21/17 | 4087 Account | $9,800 | Fourth Avenue, Brooklyn (ATM) |
| 3/21/17 | 6275 Account | $9,800 | Fourth Avenue, Brooklyn |

| | | | (ATM) |
|---|---|---|---|
| 3/21/17 | 2244 Account | $9,800 | Fourth Avenue, Brooklyn (ATM) |
| 3/21/17 | 3248 Account | $9,800 | Fourth Avenue, Brooklyn (ATM) |
| 3/22/17 | 4087 Account | $4,985 | 65th Street, Brooklyn (ATM) |
| 3/22/17 | 2244 Account | $9,800 | 65th Street, Brooklyn (ATM) |
| 3/22/17 | 3248 Account | $9,800 | 65th Street, Brooklyn (ATM) |

e.    On or about March 20, 2017, a check was deposited in the 6275 Account at the teller of a National Bank-1 branch on Park Avenue in Manhattan, and a cash withdrawal was made at the same time.  Bank surveillance video shows that a person, later identified to be KEJIN ZHANG, the defendant, was at the teller counter at that branch location at the time the transactions occurred.

f.    As reflected above, on or about March 21, 2017, checks were deposited in Meiying Gao Payoff Accounts at an ATM inside a National Bank-1 branch on Fourth Avenue in Brooklyn.  Bank surveillance video shows that a person, later identified to be CHAOBIN ZHENG, a/k/a "Tony," the defendant, was using the ATM at that branch location at the time the transactions occurred.

g.    Between on or about March 21, 2017 and on or about March 23, 2017, the debit cards for the 4087 Account and 2244 Account were used to make purchases, totaling thousands of dollars, at Apple Stores in Manhattan.  At the time of the purchases, the 4087 Account and the 2244 Account did not have sufficient funds to cover the purchases.  At or around the time of these purchases, certain of the Meiying Gao Payoff Accounts received intrabank transfers from other of the Meiying Gao Payoff Accounts and, as described above, each of the Meiying Gao Payoff Accounts had received check deposits drawn upon the Meiying Gao Feeder Account.

<u>"Qianliang Chen" Accounts</u>

14. Based on bank records I have obtained in the course of this investigation, as well as conversations I have had with other law enforcement officers, I have learned the following:

a. The identity "Qianliang Chen" has been used to open the following four accounts at National Bank-1: (a) an account ending -1614 (the "1614 Account"), (b) an account ending -0232 (the "0232 Account"), (c) a business account in the name of "Lux Handbag Inc.," ending -9780 (the "9780 Account"), and (d) a business account in the name of "Lux Handbag Inc.," ending -9163 (the "9163 Account") (collectively, the "Qianliang Chen Payoff Accounts").

b. The identity "Qianliang Chen" has also been used to open an account ending -0929 (the "Qianliang Chen Feeder Account") at Community Bank-1.

c. A purported Chinese passport in the name of "Qianliang Chen" was used to open the Qianliang Chen Payoff Accounts. A photocopy of the "Qianliang Chen" passport shows that it bears the name "Qianliang Chen" and a photograph of a person later identified to be HERMES HOU, the defendant.

d. On or about March 8, 2017, cash deposits were made in the 9163 Account at an ATM inside a National Bank-1 branch located in Dyker Heights, Brooklyn. Bank surveillance video shows that a person, later identified to be YI ZHENG, the defendant, was using the ATM at that branch location at the time this transaction occurred.

e. On or about the following dates, checks in the amounts reflected below, drawn upon the Qianliang Chen Feeder Account, were deposited in the Qianliang Chen Payoff Accounts. At the time the checks were deposited, the Qianliang Chen Feeder Account did not have sufficient funds to cover the checks:

| Date | Account | Amount of Check | Branch |
| --- | --- | --- | --- |
| 4/17/17 | 1614 Account | $4,982 | Lexington Avenue, Manhattan (Teller) |
| 4/17/17 | 0232 Account | $4,985 | Lexington Avenue, Manhattan (Teller) |

| 4/17/17 | 9780 Account | $4,985 | Lexington Avenue, Manhattan (Teller) |
| 4/17/17 | 9163 Account | $4,988 | Lexington Avenue, Manhattan (Teller) |
| 4/18/17 | 1614 Account | $9,868 | 1st Street, Manhattan (ATM) |
| 4/18/17 | 0232 Account | $9,960 | 1st Street, Manhattan (ATM) |
| 4/18/17 | 9780 Account | $9,880 | 1st Street, Manhattan (ATM) |
| 4/18/17 | 9163 Account | $9,860 | 1st Street, Manhattan (ATM) |

f. As reflected above, on or about April 17, 2017, checks were deposited in Qianliang Chen Payoff Accounts at the teller of a National Bank-1 branch on Lexington Avenue in Manhattan. Bank surveillance video shows that a person, later identified to be KEJIN ZHANG, the defendant, was at the teller counter at that branch location at the time those transactions occurred.

g. As reflected above, on or about April 18, 2017, checks were deposited in Qianliang Chen Payoff Accounts on at an ATM inside a National Bank-1 branch on 1st Street in Manhattan. Bank surveillance video shows that a person, later identified to be CHAOBIN ZHENG, a/k/a "Tony," the defendant, was using the ATM at that branch location at the time those transactions occurred.

h. On or about April 17, 2017, a cash withdrawal in the amount of $480 was made from the 0232 Account at an ATM inside a National Bank-1 branch located in Borough Park, Brooklyn. Bank surveillance video shows that a person, later identified to be HERMES HOU, the defendant, was using the ATM at that branch location at the time this transaction occurred.

i. From on or about April 18, 2017 to on or about April 18, 2017, debit cards for the 1614 and 9780 Accounts were used to make purchases, totaling thousands of dollars, at Apple Stores in Manhattan. At the time of the purchases, the 1614 and 9780 Accounts did not have sufficient funds to cover these purchases. At or around the time of these purchases, certain of the Qianliang Chen Payoff Accounts received intrabank transfers from other of the Qianliang Chen Payoff Accounts and,

as described above, each of the Qianliang Chen Payoff Accounts had received check deposits drawn upon the Qianliang Chen Feeder Account.

<u>"Jianhua Li" Accounts</u>

15.    Based on bank records I have obtained in the course of this investigation, as well as conversations I have had with other law enforcement officers, I have learned the following:

a.    The identity "Jianhua Li" has been used to open the following four accounts at a national bank ("National Bank-2"): (a) an account ending -5402 (the "5402 Account"), (b) an account ending -6155 (the "6155 Account"), (c) a business account in the name of MK 99 Inc., ending -2468 (the "2468 Account"), and (d) a business account in the name of MK 99 Inc., ending -2471 (the "2471 Account") (collectively, the "Jianhua Li Payoff Accounts").

b.    The identity "Jianhua Li" has also been used to open a credit card account ending -6609 at National Bank-2 (the "Jianhua Li CC Account").

c.    The identity "Jianhua Li" has also been used to open an account ending 4858 (the "Jianhua Li Feeder Account") at a community bank ("Community Bank-4").

d.    A photocopy of the "Jianhua Li" passport shows that it bears the name "Jianhua Li" and a photograph of a person later identified to be CHENG LIN, the defendant.

e.    On or about the following dates, checks in the amounts reflected below, drawn upon the Jianhua Li Feeder Account, were deposited in the Jianhua Li Payoff Accounts.  At the time the checks were deposited, the Jianhua Li Feeder Account did not have sufficient funds to cover the checks:

| Date | Account | Amount of Check | Branch |
|------|---------|-----------------|--------|
| 3/5/19 | 5402 Account | $2,836 | Elizabeth, New Jersey (Teller) |
| 3/5/19 | 6155 Account | $9,800 | Elizabeth, New Jersey (Teller) |

| 3/5/19 | 2471 Account | $3,368 | Elizabeth, New Jersey (Teller) |
|--------|--------------|--------|-------------------------------|
| 3/5/19 | 2468 Account | $3,356 | Elizabeth, New Jersey (Teller) |
| 3/6/19 | 5402 Account | $2,863 | Main and Maple, Flushing (Teller) |
| 3/6/19 | 6155 Account | $9,800 | Main and Maple, Flushing (Teller) |
| 3/6/19 | 2471 Account | $3,680 | Main and Maple, Flushing (Teller) |
| 3/6/19 | 2468 Account | $3,570 | Main and Maple, Flushing (Teller) |
| 3/7/19 | 5402 Account | $2,866<br>$2,863 | Flushing Banking Center, Flushing (Teller) |
| 3/7/19 | 6155 Account | $9,800<br>$9,823 | Flushing Banking Center, Flushing (Teller) |
| 3/7/19 | 2471 Account | $3,680<br>$3,688 | Flushing Banking Center, Flushing (Teller) |
| 3/7/19 | 2468 Account | $3,577<br>$3,586 | Flushing Banking Center, Flushing (Teller) |

f.    As reflected above, between on or about March 5, 2017 to on or about March 7, 2017, checks were deposited in Jianhua Li Payoff Accounts at the teller counters of National Bank-2 branches in New Jersey and Flushing.  Bank surveillance video shows that a person, later identified to be YI ZHENG, the defendant, was at the teller counter at those branch locations at the time those transactions occurred.

g.    On or about March 5, 2019, cash withdrawals totaling approximately $6,230 were made at the teller counters of a National Bank-2 branch located in Park Slope, Brooklyn. Bank surveillance video shows that persons, later identified to be CHENG LIN and YI LIU, the defendants, were at the teller counter at that branch location at the time those transactions occurred.

h.    On or about March 6, 2019, cash withdrawals totaling approximately $19,400 were made at the teller counters of three different National Bank-2 branches located in Maryland. Bank surveillance video shows that persons, later identified to be CHENG LIN and YI LIU, the defendants, were at the teller

counters at those branch locations at the times those transactions occurred.

i.   Between on or about March 1, 2019 and on or about March 6, 2019, the credit card for the Jianhua Li CC Account was used to make purchases, totaling thousands of dollars, at Apple Stores located in Staten Island and Maryland.

j.   Between on or about March 7, 2019 and on or about March 8, 2019, debit cards for the Jianhua Li Payoff Accounts were used to make purchases, totaling thousands of dollars, at Apple Stores in New York State.  At the time of the purchases, the Jianhua Li Payoff Accounts did not have sufficient funds to cover the purchases.  At or around the time of the purchases, certain of the Jianhua Li Payoff Accounts received intrabank transfers from other of the Jianhua Li Payoff Accounts and, as described above, each of the Jianhua Li Payoff Accounts had received check deposits drawn upon the Jianhua Li Feeder Account.

16.  Based on my review of publicly available information, I have learned that National Bank-1 and National Bank-2 are insured by the Federal Deposit Insurance Corporation.

17.  The accounts identified above are examples only of the hundreds of accounts that law enforcement has identified that the defendants and their coconspirators used in furtherance of the Scheme.  In total, the members of the Scheme deposited fraudulent checks in the amount of millions of dollars.  The accounts opened in furtherance of the Scheme include accounts at banks, insured by the Federal Deposit Insurance Corporation, in addition to the banks specifically identified above.  The losses incurred in the bank accounts identified thus far in the investigation exceed $3 million.

18.  During the course of the investigation, law enforcement obtained known photographs of each defendant from law enforcement databases and/or records maintained by the New York State Department of Motor Vehicles ("Database Photographs").  I have reviewed images from the surveillance videos described above and have compared the person(s) shown in each surveillance video to the known photograph(es) of the relevant defendant to confirm that the person depicted in the surveillance video is the relevant defendant.  Among the comparisons I made are the following, which are examples only:

a.    I compared a Database Photograph (left) of KEJIN ZHANG, the defendant, with a surveillance image (right) of KEJIN ZHANG transacting in one of the "Dechu Zheng" accounts referenced herein:



b.    I compared a Database Photograph (left) of CHAOBIN ZHENG, a/k/a "Tony," the defendant, with a surveillance image (right) of CHAOBIN ZHENG, a/k/a "Tony," transacting in one of the "Meiying Gao" accounts referenced herein:



c.    I compared a Database Photograph (left) of SHOUZHI ZHENG, a/k/a "David," the defendant, with a surveillance image (right) of SHOUZHI ZHENG, a/k/a "David," transacting in one of the "Dechu Zheng" accounts referenced herein:



      d.   I compared a Database Photograph (left) of YI ZHENG, the defendant, with a surveillance image (right) of YI ZHENG transacting in one of the "Jianhua Li" accounts referenced herein:



      e.   I compared a Database Photograph (left) of HERMES HOU, the defendant, with a surveillance image (middle) of HERMES HOU transacting in one of the "Qianliang Chen" accounts

referenced herein and a photocopy (right) of the fraudulent
Chinese passport used to open a "Qianliang Chen" account:



    f.    I compared a Database Photograph (left) of
YI LIU, the defendant, with a surveillance image (right) of YI
LIU transacting in one of the "Jianhua Li" accounts referenced
herein, which also shows CHENG LIN:



    g.    I compared a Database Photograph (left) of
CHENG LIN, the defendant, with a surveillance image (right) of

CHENG LIN transacting in one of the "Jianhua Li" accounts referenced herein, which also shows YI LIU:



     h.   I compared a Database Photograph (left) of ZHIJUN LIU, the defendant, with a surveillance image (right) of ZHIJUN LIU transacting in one of the "Fancai Wei" accounts referenced herein:



     19.   During the course of the investigation, law enforcement identified phone numbers used by KEJIN ZHANG, CHAOBIN ZHENG, a/k/a "Tony," SHOUZHI ZHENG, a/k/a "David," YI ZHENG, HERMES HOU, YI LIU, CHENG LIN, and ZHIJUN LIU, the defendants, based on information obtained from a cooperating witness (the "CW"),[1] law enforcement reports, and social media.

---

[1]   The CW has pleaded guilty, pursuant to a cooperation agreement, to a federal criminal information charging him with

Based on my review of toll records obtained for those phone
numbers, I have learned among other things, the following:

                    a.    Between in or about January 2017 and
August 2018:

                            i.    phones used by KEJIN ZHANG and
CHAOBIN ZHENG were in contact approximately 2,261 times;

                            ii.    phones used by YI ZHENG and
CHAOBIN ZHENG were in contact approximately 2,484 times;

                            iii.    phones used by KEJIN ZHANG and YI ZHENG
were in contact approximately 380 times;

                            iv.    phones used by CHAOBIN ZHANG and
HERMES HOU were in contact approximately 1,055 times;

                            v.    phones used by KEJIN ZHANG and
HERMES HOU were in contact approximately 308 times;

                            vi.    phones used by KEJIN ZHANG and
ZHIJUN LIU were in contact approximately 834 times; and

                            vii.    phones used by CHAOBIN ZHENG and
ZHIJUN LIU were in contact approximately 199 times.

---

bank fraud conspiracy, bank fraud, aggravated identity theft,
access device fraud conspiracy, access device fraud, and
distribution of marijuana.  The CW is providing information to
law enforcement pursuant to the CW's cooperation agreement and
in the hope of receiving leniency at sentencing.  Law
enforcement deems the information provided by the CW in the
course of this investigation to be credible and it has been
corroborated by, among other things, bank records and phone
records.

WHEREFORE, I respectfully request that a warrant be issued for the arrest of KEJIN ZHANG, CHAOBIN ZHENG, a/k/a "Tony," SHOUZHI ZHENG, a/k/a "David," YI ZHENG, HERMES HOU, YI LIU, CHENG LIN, and ZHIJUN LIU , the defendants, and that they be arrested, and imprisoned or bailed, as the case may be.

/s authorized electronic signature
_____
BRENDAN CULLEN
Postal Inspector
United States Postal Inspection Service


Sworn to me through the transmission of this Complaint by reliable electronic means, pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure,

this 17th day of October, 2022

_____
THE HONORABLE SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK