```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   22-mj-08263-UA-8
    -against-                        :   ORDER
                                     :
Zhijun Liu                           :
                                     :
Defendant                            :
                                     :
-------------------------------------X
```

Sarah L. Cave, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include the following condition, refrain from possession of a firearm, destructive device, or other dangerous weapon.

Dated: New York, New York
January 27 , 2023

SO ORDERED:

_____
Sarah L. Cave
United States Magistrate Judge