# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
## Southern District of New York

Mag. Dkt. No. **23-mj-8263**  
USAO No. **2018R00075**

Date **9/9/2024**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint      ☐ Removal Proceedings in

*United States v.* **Zhijun Liu**

The Complaint/Rule 40 Affidavit was filed on **10/17/2022**

✓ *U.S. Marshals please withdraw warrant*

*[signature]*

ASSISTANT UNITED STATES ATTORNEY  
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE: **9/10/2024**

*[signature: Sarah␣␣␣]*

UNITED STATES MAGISTRATE JUDGE